[No. 10857-1-III.   Division Three.   March 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM MICHAEL STEVENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00113-5, Michael W. Leavitt, J., entered May 11, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 13702-0-II.   Division Two.   March 11, 1992.]

GEORGE A. LUND, ET AL, *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 249864, E. Albert Morrison, J., entered February 23, 1990. *Affirmed in part* and *vacated in part* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Worswick, J. Pro Tem.

[Nos. 13447-1-II; 13448-9-II.   Division Two.   March 11, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. CLIFTON WHIDBEE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. VELMA CARR, *Respondent*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 89-1-00301-7, 89-1-00302-5, Bruce Cohoe, J., entered November 17, 1989. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., Alexander, J., dissenting.